O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABESHEK ABESHEK,<br><br>  Petitioner,<br><br>  v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>  Respondents. | Case No. 2:20-cv-00185-ODW (JDE)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Answer, the Reply, and the Report and Recommendation ("Report") of the United States Magistrate Judge. No party filed timely objections to the Report or sought additional time in which to do so. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Emergency Stay of Removal (Dkt. 5) is lifted; and (2) Judgment shall be entered dismissing this action without prejudice.

Dated: July 21, 2020

_____
OTIS D. WRIGHT, II
United States District Judge