JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ABESHEK ABESHEK, | Case No. 2:20-cv-00185-ODW (JDE) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated:  July 21, 2020

_____
OTIS D. WRIGHT, II
United States District Judge